# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JARROD BRASS, individually and on behalf of similarly situated persons,

      Plaintiff,

      v.

SHELDON PIZZA, LLC d/b/a/ Domino's Pizza, PORT PIZZA, LLC d/b/a Domino's Pizza, and SHELDON PORT, Individually,

      Defendants.

No. 4:25-CV-01611

(Chief Judge Brann)

## ORDER

**MAY 27, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Sheldon Pizza, LLC, d/b/a/ Domino's Pizza, Port Pizza, LLC, d/b/a Domino's Pizza, and Sheldon Port's Motion to Dismiss and Compel Arbitration (Doc. 13) is **GRANTED IN PART**. The parties are compelled to arbitration.

2. The arbitration agreement's cost provision is **STRICKEN**.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_s/ Matthew W. Brann_
Matthew W. Brann
Chief United States District Judge